## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

KRISTINA BRANHAM,

      Plaintiff,

v.

SAGE MIDDLEBURG
HOSPITALITY, LLC, a/k/a
HAMPTON INN & SUITES
MIDDLEBURG, and
GAURANGKUMAR PATEL,
individually,

      Defendant.

CIVIL ACTION NO.

3:22-CV-00250-BJD-JBT

## JOINT REPORT REGARDING SETTLEMENT

Pursuant to this Court's FLSA Case Management and Scheduling Order dated March 11, 2022 [ECF 4], Plaintiff, KRISTINA BRANHAM, and Defendants, SAGE MIDDLEBURG HOSPITALITY, LLC d/b/a HAMPTON INN & SUITES MIDDLEBURG ("SAGE MIDDLEBURG")  and GAURANGKUMAR PATEL ("PATEL") (collectively "Defendants"), file this Joint Report Regarding Settlement and state as follows:

The parties have settled the case and will file a Joint Motion to Approve the Settlement Agreement.

Respectfully Submitted on this 15th day of June, 2022.

*s/Zandro E. Palma*
Zandro E. Palma,
FL Bar No: 0024031

*s/Natalie J. Storch*
Kimberly J. Doud, Esq.
Florida Bar No.: 0523771

ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
Email: zep@thepalmalawgroup.com

***Attorneys for Plaintiff***

Natalie J. Storch
Florida Bar No.: 0269920
LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929
Email: kdoud@littler.com
Email: njstorch@littler.com

***Attorneys for Defendant***

4877-2673-6933.1 / 115858-1001